P1

From: Clerk U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. So.  Rm. 1334
Las Vegas, Nv 89101

2:09-cv-00080-RCJ-GWF

*[FILED/ENTERED/RECEIVED/SERVED ON COUNSEL/PARTIES OF RECORD — JAN -8 2009 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — DEPUTY]*

Please translate Speak English

To: North Las Vegas Detention Center
2332 North Las Vegas Blvd. Suite 200
North Las Vegas, NV 89030
ICE CUSTODY, BK:327673

From: Court in Immigration Room #3
Date 1/7/09
Official Document Record
Re: Juan Carlos Garcia Sanchez
File: AO89-834-375

Case: Prose   Juan Carlos Garcia S.

vs

Judge: George Assad

Violation Human Rights

Civil 6/6/08

Motion: Protection Order, Death and Kidnaping threats. Urgent answer.

Your Honor:

I need urgent help, my case has reached a very delicate point since I came to Immigration Court with Judge Harry L. Casley I have not been able to talk in private about my case, I have not been given an opportunity to be heard, and this is what has happened to me here, I was pointed out and threatened by a group of individuals, who have already stolen the documents of my case with Judge Assad and now have in their possession information about my family here and in Mexico. They were very clear in pointing out that for 2,500,000.00 they can kidnap a relative in Mexico, that I should watch out that for that much money I'd need a bodyguard to take care of me. The bomb exploded 12/30/08 7:30 PM C-1 #44, 3 individuals entered and threatened that if I gave Judge Harry the evidence in my case I should consider myself a dead man once outside and something could happen to my family also, that they have people outside to do the job.

I asked for help from this department but it has been in vain, I received no answers and no attention to my case, I need this from you, I need to let my family know what is happening, to tell them that if someone asks about me, not to answer. Roman Gonzalez works in the Library and I

asked him for a translation in English of the evidence in my case and what he did was to point me out (RAT) to the group in my area.

That's why they threatened me, Your Honor. In 16 years they have found me guilty of domestic violence and have punished me even though I am innocent. I respect the laws of this country, because it has given me the opportunity to achieve my dreams of improving. But it is time you noticed the great mistake you have made, I have always told the truth, and what good has that done, I am innocent in the eyes of God, but before your eyes they found me guilty, but guilty of what, with no evidence, when will you finally listen to me, do I perhaps need to die before I can show you the mistake you are making with me, the law itself approves of the mother of my children falling to pressure from her family and to have fallen to the tricks of her supposed friends. You have placed me in a world that is not mine, each month I spend here the harm keeps growing, because the truth may be hard to believe, with all the harm already done, Judge Assad used the power in his hand and not the power of Justice, I have here a lot of information about a lot of (garbage) Weapons, Drugs, I have uncovered your duty, now I only ask for protection for my family Urgent, help me obtain my own recognizance release supervised by a federal officer, you were the ones that put me here and now I want to show you the evidence of many things, I want you to judge me by the truth and realize the error committed. On the reverse of this letter you will motice it was not finished because the person translating it for me was threatened.

The law gives me the right to ask for my own recognizance release to be able to show you the truth about your errors and to give you the evidence about drugs and weapons that I have already told an Immigration official but he paid no attention.

I only hope tomorrow one of those weapons does not take the life of one of my loved ones or one of yours. Raul Monroy, who was my roommate saw everything that happened, he is my witness, his case is in Immigration room #2 C-144.

Please inform my father of what is happening. Please Juan Garcia 0 11 52 (734) 343-4044 Zacatepec, Morelos, Mexico, tell him to warn my brothers to tell my Mother carefully, she is very ill, all this could cause her health problems, just tell her not to give out any information at all about me or herself. Sandra Silva, my ex girlfriend, works at the Main Street Casino, ask for information about her, find her and explain all this, those people have information about her and the children, tell her to be careful and to talk to her brothers, they also have information about

them. She knows my parents.

All this happened only because I presented evidence of my innocence to a Judge, do you see how far all this went, I need a Reply or I will be the one who makes the final decision in this Nightmare. It's easy to put me under the custody of a Federal Officer, it's the only way you have to find out the harm already comitted.