# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN CARLOS GARCIA, ) | |
| ) | 2:09-cv-00080-RCJ-GWF |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| GEORGE ASSAD, ) | |
| ) | |
| Defendant. ) | |

Before the Court for consideration is the Findings and Recommendations (#3) of Magistrate Judge George W. Foley, entered February 20, 2009, and the Findings and Recommendations (#6) of Magistrate Judge George W. Foley, entered April 9, 2009.

The Court has conducted a review of the record in this case and determines that the Findings and Recommendations (#3, #6) of the United States Magistrate Judge entered February 23, 2009, should be affirmed. As such,

IT IS HEREBY ORDERED that Magistrate Judge Foley's Finding and Recommendations (#3, #6) be affirmed and adopted and that this action should be **DISMISSED WITH PREJUDICE** based upon 1) Plaintiff's failure to submit a completed application and affidavit in support of a request to proceed *in forma pauperis*; and based upon the extent that 2) Plaintiff's Motion for an Evidentiary Hearing (#4) and Letter to the Court (#5) were intended to serve as a Complaint.

DATED: July 2, 2009

_____
UNITED STATES DISTRICT COURT